UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT J HIGDON, JR,

    **Plaintiff,**

v.        Case No: 5:18-cv-634-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff Robert J. Higdon, Jr.'s appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Supplemental Security Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] (*See* Doc. 1 at 2.) On January 23, 2020, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 29), to which Plaintiff timely filed objections (Doc. 30) and the Commissioner responded (Doc. 30).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. Additionally, Plaintiff fails to provide sufficient support to disregard the general rule that the Appointments Clause issue is subject to forfeiture if not raised before the ALJ. After *de novo* review of the portions of the Report and Recommendation (Doc. 29) to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 21.)

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 26 day of February, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record